

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00858-CV

Curtis Tyrone **WILLIAMS**,
Appellant

v.

Larmetrice **NUNNALLY-WILLIAMS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13598
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: April 24, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due by February 8, 2024, and after granting two motions for an extension of time, we ordered the brief due by March 1, 2024. Neither a brief nor a motion for extension of time was filed. On March 18, 2024, we ordered appellant to file, by March 28, 2024, his brief and a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned appellant if he failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c). Appellant has not responded to our order, and, to date, appellant has not filed a brief. Accordingly,

because appellant failed to timely file a brief, we dismiss this appeal for want of prosecution. *See*

TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c).

PER CURIAM